# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JULIA MEDINA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>V.<br><br>CREDIT CONTROL, LLC,<br><br>    Defendant. | Case No.: 4:22-cv-01133<br><br>**NOTICE OF REMOVAL**<br><br>**JURY TRIAL DEMANDED (by Plaintiff)** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Credit Control, LLC ("Credit Control") hereby removes this action from the Twenty-First Judicial Circuit Court, Saint Louis County, Missouri. As grounds for removal, Credit Control states as follows:

1. On September 14, 2022, Plaintiff filed a lawsuit captioned *Julia Medina, individually and on behalf of all others similarly situated v. Credit Control, LLC,* Case No. 22SL-CC04036, in the Twenty-First Judicial Circuit Court, Saint Louis County, Missouri (the "State Court Action").

2. Credit Control was served a copy of the Petition and Summons on September 29, 2022. As is required by 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days of service on Credit Control of the "Notice and Summons" and Plaintiff's initial pleading.

3. In accordance with 28 U.S.C. § 1446(a), copies of the Petition, all process, pleadings, and orders in the State court action are attached hereto at **Exhibit A**.

4. Any civil action filed in a State court over which the federal district courts would have original jurisdiction may be removed. 28 U.S.C. § 1441(a).

5. The above-captioned case is removable because this Court has original subject

matter jurisdiction on federal question grounds pursuant to 28 U.S.C. § 1331.

6. As is stated in Plaintiff's Petition, this case arises under federal law—more particularly under the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 *et. seq*.

7. Accordingly, this case can be properly removed to this Court pursuant to 28 U.S.C. § 1331 because federal question jurisdiction exists.

8. Under the provisions of 28 U.S.C. § 1441(a), the United States District Court for the Eastern District of Missouri is the federal court for the district and division embracing the place where the State court action is pending (*i.e.*, Saint Louis County, Missouri).

9. Credit Control has complied with all applicable requirements of 28 U.S.C. § 1446 for removing this action, including giving written notice of the filing of this Notice of Removal to Plaintiff and filing a copy of the Notice of Removal with the clerk of the Twenty-First Judicial Circuit Court, Saint Louis County, Missouri, at or about the same time as this filing.

10. Plaintiff requested a jury trial in the State Court Action.

WHEREFORE, Defendant Credit Control, LLC gives notice that this action is hereby removed from the Twenty-First Judicial Circuit, Saint Louis County, Missouri, to the United States District Court for the Eastern District of Missouri.

Dated: October 27, 2022					Respectfully submitted,

					**MARTIN LYONS WATTS MORGAN PLLC**

					By:/s/ PATRICK A. WATTS
					Patrick A. Watts, #61701
					1200 S. Big Bend Blvd.
					St. Louis, Missouri 63117
					pwatts@mamlaw.com
					P: (314) 669-5490
					F: (888) 632-6937

					*Attorneys for Defendant*
					*Credit Control, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system and via electronic mail pursuant to 28 U.S.C. §1446(d), on this 27th day of October, 2022, to:

**HALVORSEN KLOTE**

Gregory M. Klote
680 Craig Road, Ste. 104
St. Louis, MO 63141
Phone: (314) 451-1314
Fax: (314) 787-4323
greg@hklaw.stl.com
*Attorney for Plaintiff*

					By:/s/ Patrick A. Watts